# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>AETNA, INC.; AETNA HEALTHCARE, INC., AND DOES 1-25, inclusive,<br><br>    Defendants. | Case No. 17-cv-07167-EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION CONTINUING HEARING DATE ON PLAINTIFF'S MOTION TO REMAND ACTION TO CONTRA COSTA COUNTY SUPERIOR COURT**<br><br>Current Hearing<br>Date: February 8, 2018<br>Time: 1:30 p.m.<br>Place: Courtroom 5<br>       17th Floor |

1

|     | PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING THEREFOR, IT |
| --- | --- |
| 1 | |
| 2 | IS ORDERED that unless further ordered by the Court, the hearing date on Plaintiff's Motion to |
| 3 | Remand Action to Contra Costa County Superior Court is hereby reset for ~~February 22, 2018 at 3~~ |
| 4 | ~~p.m.~~ before this Court.                                                3/8/18 at 1:30 p.m. |
| 5 | **IT IS SO ORDERED.** |
| 6 | DATED: _____2/5/18_____ |

By: _____

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

---

2

[PROPOSED] ORDER RE STIP. TO CONTINUE HEARING DATE        Case No. 17-cv-07167-EMC)

## CERTIFICATE OF SERVICE

The foregoing was filed this 2nd day of February 2018, using the CM/ECF system, resulting in service on all counsel of record.

<u>/s/Alan M. Mansfield</u>
Attorney for Plaintiff